ZOE ARTHUR SEAMAN, Individually, etc., Respondent, v. MILLS SECURITIES CORPORATION and GEORGE M. SEAMAN, Appellants, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. The date for the examination

to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.